# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Richard R. Stone<br>               Debtor | BK NO. 16-03580 RNO<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans Inc. and index same on the master mailing list.

Re: Loan # Ending In: 2980

                                                      Respectfully submitted,

                                                 **/s/ Joshua I. Goldman, Esquire**
                                                 Joshua I. Goldman, Esquire
                                                 Thomas Puleo, Esquire
                                                 KML Law Group, P.C.
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA 19106-1532
                                                 (215) 825-6306  FAX (215) 825-6406
                                                 Attorney for Movant/Applicant